**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Stephanye R. Raechel,

    Plaintiff,        Civil No. 09-2879 (RHK/FLN)

vs.             **DISQUALIFICATION AND
               ORDER FOR REASSIGNMENT**

Wells Fargo Bank, NA,

    Defendant.

  The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

  **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

  **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: October 19, 2009

               s/Richard H. Kyle
               RICHARD H. KYLE
               United States District Judge